HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent, v. RICHARD A.

First Department, June, 1924.                    [Vol. 209

CHARTRAND, JR., and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.